MICHAEL J. SANNER, PLAINTIFF-APPELLANT, v. GOVERNMENT EMPLOYEES INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Argued February 22, 1978—Decided March 13, 1978.

*Mr. Douglas T. Hague* argued the cause for appellant (*Messrs. Wilentz, Goldman* and *Spitzer,* attorneys; *Mr. Morris Brown,* on the brief).

*Mr. Joseph E. Zavesky* argued the cause for respondent (*Messrs. Zavesky, Kelly, Madden & Van Dorn,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 150 *N. J. Super.* 488.

*For affirmance*—Chief Justice HUGHES, Justices SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER and Judge CONFORD—7.

*For reversal*—None.